Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00418-CV

____________

 

DENNIS DUANE TEETER and DENNIS D. TEETER, P.C., Appellants

 

V.

 

FEDERAL FINANCIAL CORPORATION OF AMERICA, Appellee

 



 

On Appeal from the
151st District Court

Harris County,
Texas

Trial Court Cause
No. 2006-40512

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 2, 2009.  On
July 29, 2009, the parties filed an agreed motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.